IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YULON CLERK,** *on behalf of herself and all others similarly situated*, : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **CASH CENTRAL OF UTAH, LLC,** <br> **d/b/a CASH CENTRAL OF** : <br> **PENNSYLVANIA, LLC,** : <br> Defendant. : | **CIVIL ACTION** <br><br><br> No. 09-4964 |

## O R D E R

AND NOW, this 24th day of August, 2011, upon consideration of defendant's motion to dismiss in favor of, or to compel, arbitration (paper no. 3), plaintiff's response (paper no. 4), and defendant's reply (paper no. 8), and for the reasons stated in the attached memorandum, it is **ORDERED** that:

1. Defendant's motion to dismiss in favor of, or to compel, arbitration (paper no. 3) is **GRANTED**.

2. Within thirty (30) days of this order, the parties shall reach agreement on a substitute arbitrator, and submit the name of the arbitrator to the court for appointment under 9 U.S.C. § 5. If the parties cannot reach agreement on a substitute arbitrator, the parties shall, within thirty (30) days of this order, jointly submit a list of three proposed arbitrators for the court's consideration in appointing a substitute arbitrator under 9 U.S.C. § 5.

3. Within thirty (30) days of appointment of a substitute arbitrator, plaintiff Yulon Clerk shall submit her claims to arbitration in accordance with the parties' arbitration agreement.

4. The Clerk of Court is directed to mark this action **CLOSED** for statistical purposes and place this action in **SUSPENSE** pending completion of the arbitration proceedings. Counsel shall notify the court when arbitration proceedings have been completed.

/s/ Norma L. Shapiro
 J.